IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEREMIAH THOMASSON,                          3:14-CV-01340-SU

                Petitioner,          ORDER

v.

DON PALMER and
ELLEN ROBENBLUM,

              Respondents.

BROWN, Judge.

    Magistrate Judge Patricia Sullivan issued Findings and
Recommendation (#58) on November 21, 2016, in which she
recommends the Court deny Petitioner Jeremiah Thomasson's
Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C.
§ 2254, dismiss this matter with prejudice, and decline to issue
a certificate of appealability.  Petitioner filed timely
Objections to the Findings and Recommendation.  The matter is now
before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal
Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#58) and, therefore, **DENIES** the Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, **DISMISSES** this matter **with prejudice,** and **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 10th day of February, 2017.

ANNA J. BROWN
United States District Judge